UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:94-CR-5036 EDP |
| | ) | |
| Plaintiff, | ) | NEW CASE NUMBER: |
| | ) | |
| v. | ) | 1:94-CR-5036 OWW |
| | ) | |
| JOHN ALLEN NEWTON, | ) | |
| | ) | |
| | ) | ORDER REASSIGNING CASE |
| Defendant. | ) | |
| | ) | |
| | ) | |

The defendant having filed a motion pursuant to Rule 60(b) it is ordered that this matter be reassigned from the docket of United States District Judge Edward Dean Price to the docket of United States District Judge Oliver W. Wanger.

IT IS SO ORDERED.

Dated:   May 19, 2008                        /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

1