IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff/<br>            Respondent,<br><br>      vs.<br><br>JOHN ALLEN NEWTON,<br><br>            Defendant/<br>            Petitioner. | No. CV-F-96-6366 EDP/OWW<br>(No. CR-F-94-5036 EDP/OWW)<br><br>ORDER PURSUANT TO NINTH<br>CIRCUIT REMAND DECLINING TO<br>ISSUE CERTIFICATE OF<br>APPEALABILITY AND DIRECTING<br>CLERK OF COURT TO SERVE<br>ORDER ON THE NINTH CIRCUIT |

   Pursuant to a Ninth Circuit remand, the Court declines to issue a certificate of appealability in connection with Petitioner's appeal from the Memorandum Decision and Order Denying Petitioner's Motion to Re-Open Section 2255 Motion Pursuant to Rule 60(b)(4), Federal Rules of Civil Procedure. Petitioner has not made a substantial showing of the denial of a constitutional right. Petitioner's claims that the District Court was without jurisdiction to convict him are frivolous as is his claim that his conviction of violating 18 U.S.C. § 924(c) was

1

**based on simple possession of firearms.  No issue debatable among jurists of reason is presented.**

The Clerk of the Court is directed to serve this Order on the Ninth Circuit in Case No. 09-15276.

IT IS SO ORDERED.

**Dated:     June 2, 2009**                                          /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE