# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN ALLEN NEWTON,<br><br>　　　　　　Defendant. | CASE NO. 1:94-CR-05036-LJO-1<br><br>ORDER STAYING CASE AND SETTING BRIEFING SCHEDULE<br><br>(ECF No. 103) |

On November 3, 2015, Petitioner John Allen Newton filed a *pro se* motion (ECF No. 103), pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). To efficiently process petitions under *Johnson* and *Welch*, pursuant to Eastern District of California General Order 563, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Defendant in this matter, pursuant to the provisions of the Criminal Justice Act, Title 18 U.S.C. § 3006A(a)(1) and (c). Pending before the Court of Appeals for the Ninth Circuit is *United States v. Begay*, Case No. 14-10080, the outcome of which may be relevant to this case. *See* ECF No. 102. Accordingly,

**IT IS HEREBY ORDERED** that proceedings in the instant case are **STAYED** pending a decision in *Begay*. **IT IS FURTHER ORDERED** that from the issuance of the mandate by the Ninth Circuit in *Begay*, the FDO **SHALL** have **60 days** to file a supplement to Petitioner's Section 2255 Motion addressing the impact of *Begay* **or** to notify the Court that it does not intend to file such a supplement. From the date of the FDO's filing, the Government shall have **60 days** to file a response to Petitioner's motion. From the date of the Government's filing, the FDO shall have **60 days** to file a reply.

IT IS SO ORDERED.

　Dated:　**July 5, 2016**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE